Louis Marangiello, Appellant, v. Rose Marangiello, Respondent.— Motion for reargument granted and upon reargument the decision of this court handed down on December 15, 1930,* is amended to read as follows: Judgment modified by striking out the provision for the award of money for support of the issue of the parties hereto and as so modified unanimously affirmed, in so far as appealed from, but with leave to respondent to move to vacate the judgment dismissing her counterclaim and for a new trial. This leave is granted in the interest of justice because of the stipulation of plaintiff to contribute to the support of the child. In a matrimonial action, provision for support of issue cannot be sustained in the absence of a judgment of separation or divorce. Findings of fact and conclusions of law inconsistent herewith are reversed and such new findings and conclusions will be made as may be necessary to sustain the judgment. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Settle order on notice.

Marlee, Inc., Respondent, v. Thoria Bittar, Appellant.— Motion for reargument of motion for restitution denied, with ten dollars costs.† Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Eleanora McDuffie, Respondent, v. Third Avenue Railway Company, Appellant, and Another, Defendant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

New York Water Service Corporation, Plaintiff, v. Mary E. Jennings and Others, Defendants. Joseph T. Connor, Claimant, Respondent; Elizabeth F. Harris, Claimant, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that within five days from the entry of the order herein appellant file an undertaking, with corporate surety, in the sum of $250 to secure payment of costs at Special Term and in this court in the event of an affirmance; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Marie Orlando, Respondent, v. Brooklyn & Richmond Ferry Co., Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Queensboro Athletic Club, Inc., Appellant, v. Grover A. Whalen, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Charles Schneider, Appellant, v. Sam Kaplan, as President, etc., Respond-

* See *ante*, p. ——.— [Rep.                    † See *ante*, p. ——.— [Rep.